UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 13-00606 DMG (AJWx)** | Date February 5, 2013 |
| Title *U.S. Bank, N.A. v. Lawrence Saks, et al.* | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN BROWARD COUNTY, FLORIDA**

On July 26, 2009, U.S. Bank, N.A. filed this foreclosure action in the Circuit Court of the 17th Judicial Circuit in Broward County, FL against Defendants Lawrence Saks, 2080 Ocean Drive Condominium Association, Clerk of the United States District Court for the Central District of California, Jeanne C Saks, an unknown spouse of Lawrence Saks, and unknown tenants. On January 28, 2013, Defendant Lawrence Saks filed a notice of removal of the action to this Court. [Doc. # 1.]

Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, *to the district court of the United States for the district and division embracing the place where such action is pending*." *Id.* § 1441(a) (emphasis added). As Defendants' action is pending in Florida, it may not be removed to a federal court in California.

In light of the foregoing, this action is hereby **REMANDED** to the Circuit Court of the 17th Judicial Circuit in Broward County, Florida.

**IT IS SO ORDERED.**